JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>HB PARKCO CONSTRUCTION, INC., a California corporation; BRETT D. BEHRNS, an individual,<br><br>　　　　　　　　Defendants. | Case No.: 8:24-cv-00539 DOC-KES<br><br>Related to Case 8:18-cv-01071 DOC<br><br>**JUDGMENT BY STIPULATION**<br><br>No Hearing Date<br><br>Assigned to Hon. David O. Carter |

　　　Pursuant to the Settlement Agreement between the parties, and the Stipulation for Entry of Judgment filed, the Court approves the Stipulation, and enters JUDGMENT as follows:

　/ / /

-1-

1. Judgment is entered for delinquent contributions to employee benefit plans, under 29 U.S.C. §§ 185(a), 1132(g)(2) and 1145, in FAVOR of Plaintiff Construction Laborers Trust Funds for Southern California Administrative Company ("CLTF"), and AGAINST Defendant HB Parkco Construction, Inc., ("EMPLOYER"), and only the EMPLOYER, in the amount of $451,360.96.

2. There being no just reason for delay, this Judgment shall be considered final as to the EMPLOYER, under Fed. R. Civ. P. 54(b), even though it does not adjudicate the claims as to Defendant Brett D. Behrns ("BEHRNS"). However, CLTF may seek to have this Judgment amended, or a separate judgment entered, against BEHRNS, upon "Default" as defined in the Settlement Agreement and pursuant to paragraph 4 of the Stipulation for Judgment.

3. If, after one-hundred-seventy-five (175) days after entry of this Judgment, Plaintiff has not filed either a request for dismissal or declaration, as provided in the Stipulation for Judgment, the Court may issue an Order to Show Cause why this action shall not be dismissed.

4. Except as stated expressly herein, there shall be no stay of enforcement of this Judgment.

5. Except as stated expressly herein, each party is to bear their own fees and costs.

/ / /

/ / /

6. The Scheduling Conference, previously set for October 21, 2024, is VACATED.

IT IS SO ORDERED:

DATED: October 16, 2024

_____
Hon. David O. Carter
United States District Judge

#553717v1